B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Newark Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**22-2884844** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**20 Jackson Drive**<br>**Cranford, NJ 07016**    ZIP CODE **07016-0000** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Union** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**B1 (Official Form 1) (4/10)** **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **The Newark Group, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **See Attached Rider** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br> X _____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                  **Page 3**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **The Newark Group, Inc.** |
|---|---|
| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br> **X** _____ <br> Signature of Debtor <br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney\*** <br> **X  /s/ Kenneth A. Rosen** <br> Signature of Attorney for Debtor(s) <br> **Kenneth A. Rosen (KR 4963)** <br> **Jeffrey D. Prol (JP 7454)** <br> **Paul Kizel (PK 4176)** <br> Printed Name of Attorney for Debtor(s) <br> **Lowenstein Sandler PC** <br> Firm Name <br> **65 Livingston Avenue** <br> **Roseland, NJ 07068** <br> Address <br><br> **973-597-2500 Fax:973-597-2400** <br> Telephone Number <br><br> Date <br> **June 9, 2010** <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br> **X** _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br> **X  /s/ Robert H. Mullen** <br> Signature of Authorized Individual <br> **Robert H. Mullen** <br> Printed Name of Authorized Individual <br> **President and Chief Executive Officer** <br> Title of Authorized Individual <br><br> Date <br> **June 9, 2010** | |

## **RIDER**

Chapter 11 Petitions were filed on behalf of the following affiliated entities in the United States Bankruptcy Court for the District of New Jersey on the date of the filing of this Petition.

1. The Newark Group, Inc.
2. NP Cogen, Inc.
3. Jackson Drive Corp.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    **The Newark Group, Inc.**             Case No.
                             Debtor(s)       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **The Bank of New York As Indenture Trustee 101 Barclay Street -- 8W New York, NY 10286** | **The Bank of New York As Indenture Trustee 101 Barclay Street -- 8W New York, NY 10286** | **Note Debt Under Indenture** | | **204,527,605.00** |
| **Pension Benefit Guaranty Corporation Attn: Office of the General Counsel 1200 K Street, N.W. Washington, DC 20005** | **Pension Benefit Guaranty Corporation Attn: Office of the General Counsel 1200 K Street, N.W. Washington, DC 20005** | **Trade Debt** | **Contingent Unliquidated** | **28,421,816.00** |
| **VonZuben, Frederick 135 East 74th Street New York, NY 10021** | **VonZuben, Frederick 135 East 74th Street New York, NY 10021** | **Promissory Note** | | **4,800,000.00** |
| **International Paper Recycling PO Box 644095 Pittsburgh, PA 15264-4095** | **International Paper Recycling PO Box 644095 Pittsburgh, PA 15264-4095** | **Trade Debt** | | **1,931,051.51** |
| **Target Salvage SDS 12-2372 1200 Energy Park Drive St. Paul, MN 55108** | **Target Salvage SDS 12-2372 1200 Energy Park Drive St. Paul, MN 55108** | **Trade Debt** | | **1,590,087.75** |
| **Kroger Company 3478 Solutions Center LockBox 6449 Chicago, IL 60677-3004** | **Kroger Company 3478 Solutions Center LockBox 6449 Chicago, IL 60677-3004** | **Trade Debt** | | **911,470.58** |
| **Temple Inland 1300 Mopac Expressway 3rd Floor Austin, TX 78746-6933** | **Temple Inland 1300 Mopac Expressway 3rd Floor Austin, TX 78746-6933** | **Trade Debt** | | **763,025.22** |
| **GP Harmon Recycling Two Jerico Plaza Jerico, NY 11753** | **GP Harmon Recycling Two Jerico Plaza Jerico, NY 11753** | **Trade Debt** | | **745,429.89** |
| **Rumpke Container Services PO Box 538708 Cincinnati, OH 45253** | **Rumpke Container Services PO Box 538708 Cincinnati, OH 45253** | **Trade Debt** | | **643,365.17** |

B4 (Official Form 4) (12/07) - Cont.

In re **The Newark Group, Inc.**          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Ekman Recycling**<br>**1608 Route 88, Suite 301**<br>**Brick, NJ 08724** | **Ekman Recycling**<br>**1608 Route 88, Suite 301**<br>**Brick, NJ 08724** | **Trade Debt** | | **606,422.40** |
| **Waste Management**<br>**1001 Fannin, Suite 4000**<br>**Houston, TX 77002** | **Waste Management**<br>**1001 Fannin, Suite 4000**<br>**Houston, TX 77002** | **Trade Debt** | | **545,961.79** |
| **Meijer Distribution Inc.**<br>**982 Cash Office**<br>**2929 Walker Avenue, NW**<br>**Grand Rapids, MI 49544-9428** | **Meijer Distribution Inc.**<br>**982 Cash Office**<br>**2929 Walker Avenue, NW**<br>**Grand Rapids, MI 49544-9428** | **Trade Debt** | | **520,496.89** |
| **Great A and P Company, Inc.**<br>**6449 Payshere Circle**<br>**Lock Box 6449**<br>**Chicago, IL 60674** | **Great A and P Company, Inc.**<br>**6449 Payshere Circle**<br>**Lock Box 6449**<br>**Chicago, IL 60674** | **Trade Debt** | | **465,111.88** |
| **Jasar Recycling**<br>**183 Edgeworth Avenue**<br>**East Palastine, OH 44413** | **Jasar Recycling**<br>**183 Edgeworth Avenue**<br>**East Palastine, OH 44413** | **Trade Debt** | | **458,319.40** |
| **Alabama Power Company**<br>**600 Dolive Street**<br>**Bay Minette, AL 36507** | **Alabama Power Company**<br>**600 Dolive Street**<br>**Bay Minette, AL 36507** | **Trade Debt** | | **404,407.67** |
| **International Paper Company**<br>**1689 Solutions Center**<br>**PO Box 771689**<br>**Chicago, IL 60677-1006** | **International Paper Company**<br>**1689 Solutions Center**<br>**PO Box 771689**<br>**Chicago, IL 60677-1006** | **Trade Debt** | | **400,491.27** |
| **JB Hunt Transport**<br>**PO Box 98545**<br>**Chicago, IL 60693** | **JB Hunt Transport**<br>**PO Box 98545**<br>**Chicago, IL 60693** | **Trade Debt** | | **332,836.00** |
| **Polyfiber LLC**<br>**PO Box 959**<br>**55 Starkey Avenue**<br>**Attleboro, MA 02703** | **Polyfiber LLC**<br>**PO Box 959**<br>**55 Starkey Avenue**<br>**Attleboro, MA 02703** | **Trade Debt** | | **319,527.36** |
| **CGLIC Bloomfield EASC**<br>**900 Cottage Grove Road**<br>**Routing B1UMM**<br>**Attn: Dietrich J. Krauland**<br>**Hartford, CT 06152** | **CGLIC Bloomfield EASC**<br>**900 Cottage Grove Road**<br>**Routing B1UMM**<br>**Hartford, CT 06152** | **Trade Debt** | | **309,822.83** |
| **Atmos Energy Marketing**<br>**13430 Northwest Freeway**<br>**Suite 700**<br>**Houston, TX 77040** | **Atmos Energy Marketing**<br>**13430 Northwest Freeway**<br>**Suite 700**<br>**Houston, TX 77040**<br>**(713) 316-6600** | **Trade Debt** | | **271,576.41** |

**Nothing herein constitutes an admission as to the amount or validity of any claim or whether any such claim is subject to setoff.**

B4 (Official Form 4) (12/07) - Cont.

In re  **The Newark Group, Inc.**                                             Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 9, 2010**                         Signature  **/s/ Robert H. Mullen**
                                                         **Robert H. Mullen**
                                                         **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re  **The Newark Group, Inc.**                                                                 Case No.
                                       Debtor(s)                                                   Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Newark Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

Date
**June 9, 2010**

**/s/ Kenneth A. Rosen**
**Kenneth A. Rosen (KR 4963)**
**Jeffrey D. Prol (JP 7454)**
**Paul Kizel (PK 4176)**
Signature of Attorney or Litigant
Counsel for   **The Newark Group, Inc.**
**Lowenstein Sandler PC**
**65 Livingston Avenue**
**Roseland, NJ 07068**
**973-597-2500 Fax:973-597-2400**

# THE NEWARK GROUP, INC.
## RESOLUTIONS OF THE BOARD OF DIRECTORS

I, Lynn Herro, Assistant Secretary of The Newark Group, Inc., a New Jersey corporation (the "Corporation"), hereby certifies that at a special meeting of the Board of Directors of the Corporation duly called and held today, June 7, 2010, the following resolutions (the "Resolutions") were adopted in accordance with the By-laws of the Corporation and that said Resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

WHEREAS, the Board of Directors reviewed and considered, among other things, the materials presented by the management and the financial and legal advisors of the Corporation regarding the liabilities and liquidity of the Corporation, the strategic alternatives available to it, valuation of the Corporation and its affiliates, and the impact of the foregoing on the Corporation's businesses, including but not limited to the *Disclosure Statement for the Joint Prepackaged Plan of Reorganization of The Newark Group, Inc., et al,* dated May 7, 2010 (the "Disclosure Statement"); and the *Joint Prepackaged Plan of Reorganization for The Newark Group, Inc., et al.,* dated May 7, 2010 (the "Plan").

WHEREAS, the Board of Directors has had the opportunity to consult with the management and the financial and legal advisors to the Corporation and fully consider each of the strategic alternatives available to the Corporation;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, its interest holders, and other parties in interest to:

    a. Authorize and ratify, as appropriate, the filing and/or execution, delivery and performance by the Corporation of (i) any agreement or document and/or the taking of any other action related to, in connection with or necessary to the Corporation's filing of voluntary petitions (such voluntary petition, and the voluntary petitions to be filed by certain of the Corporation's affiliates, collectively, the "Chapter 11 Cases") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and (ii) any other agreement or document and/or the taking of any other action, either prior to the Petition Date (as defined in the Plan), or thereafter, related to the prosecution of the Chapter 11 Cases, or described in the Plan or the Disclosure

1

Statement, including but not limited to (a) entry into the Plan Support Agreement (as defined in the Plan), (b) entry into the Von Zuben Settlement Agreement (as defined in the Plan), and (c) the solicitation of votes from creditors and interest holders relative to the Plan; and it is

b. RESOLVED FURTHER, that the officers of the Corporation (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, with power of delegation, be, and they hereby are, authorized to (i) commence the Chapter 11 Cases with the Bankruptcy Court, and (ii) file and/or execute, deliver and perform any other agreement or document that may be required by the Corporation's By-laws or applicable law for a successful prosecution of the Chapter 11 Cases; and it is

c. RESOLVED FURTHER, that Authorized Officers, acting alone or with one or more other Authorized Officers, with power of delegation, be, and they hereby are, authorized to execute and file on behalf of the Corporation all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's businesses; and it is

d. RESOLVED FURTHER, that the Authorized Officers be, and each hereby is, authorized and empowered on behalf of the Corporation, to (i) execute, verify and file or cause to be filed with the Bankruptcy Court the Disclosure Statement, with all exhibits thereto, including the Plan, and to make and submit any and all amendments, modifications, changes or additions thereto as any of the Authorized Officers may approve, such approval to be conclusively evidenced by the making or submission thereof; (ii) negotiate, execute, deliver and/or file or cause to be filed any other documents associated with the Plan and/or the Disclosure Statement; (iii) seek confirmation of the Plan; (iv) take all such other actions deemed by the Authorized Officers to be necessary, appropriate or desirable in furtherance of confirmation of the Plan; and (v) once an order of the Bankruptcy Court is entered confirming the Plan, execute and deliver all agreements, amendments, instruments, consents, certificates, letters, documents and other writings as may be required for the occurrence of the Effective Date (as defined in the Plan) and take such other actions as may be necessary, appropriate or desirable in furtherance of the occurrence of the

Effective Date; and it is

e. RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Lowenstein Sandler PC as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Lowenstein Sandler PC;

f. RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Jefferies & Company, Inc. as investment banker to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Jefferies & Company, Inc.;

g. RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of AlixPartners, LLP, as restructuring financial advisors to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of AlixPartners, LLP;

h. RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Deloitte & Touche LLP as accounting advisors to represent and assist the Corporation in carrying out its duties under Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are

3

hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Deloitte & Touche LLP;

i. RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

j. RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and empowered, with power of delegation, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

k. RESOLVED FURTHER, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

_____
Lynn Herro, Assistant Secretary