# EXHIBIT P

## The Newark Group, Inc.
**Consolidated Financial Summary**
($ in millions)

*Confidential*
*Subject to FRE 408*

| | FYE 2010P 4/30/2010 | FYE 2011P 4/30/2011 | FYE 2012P 4/30/2012 | FYE 2013P 4/30/2013 | FYE 2014P 4/30/2014 |
|---|---|---|---|---|---|
| **Consolidated Income Statement** | | | | | |
| Net sales | $ 711.8 | $ 806.9 | $ 829.4 | $ 845.2 | $ 860.5 |
| Cost of sales | 619.2 | 699.5 | 716.8 | 729.3 | 742.1 |
| Gross profit | $ 92.6 | $ 107.3 | $ 112.7 | $ 115.9 | $ 118.3 |
| | | | | | |
| SG&A | $ 84.1 | $ 70.2 | $ 70.9 | $ 70.7 | $ 70.2 |
| Chapter 11 Restructuring Fees | 6.3 | 4.1 | - | - | - |
| Restructuring and Impairments - Non-Cash | 3.3 | 0.8 | - | - | - |
| Total operating expenses | $ 93.8 | $ 75.0 | $ 70.9 | $ 70.7 | $ 70.2 |
| | | | | | |
| Operating Income | $ (1.2) | $ 32.3 | $ 41.7 | $ 45.3 | $ 48.1 |
| | | | | | |
| <u>Adjustments</u> | | | | | |
| Chapter 11 Restructuring Fees | $ 19.6 | $ 4.1 | $ - | $ - | $ - |
| Restructuring and Impairments - Non-Cash | 3.3 | 0.8 | - | - | - |
| Depreciation and amortization | 23.1 | 21.2 | 20.4 | 19.7 | 19.4 |
| Deferred Compensation | - | 1.5 | 1.0 | 0.4 | 0.1 |
| **Adjusted EBITDA** | $ 44.8 | $ 59.8 | $ 63.1 | $ 65.4 | $ 67.6 |
| **LTM Adjusted EBITDA** | $ 44.8 | $ 59.8 | $ 63.1 | $ 65.4 | $ 67.6 |
| | | | | | |
| Interest expense | $ (28.7) | $ (19.0) | $ (14.5) | $ (13.8) | $ (13.4) |
| Interest income | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total non-operating income | (2.4) | - | - | - | - |
| Other (expense) income, net | (0.3) | (5.8) | (0.8) | (0.8) | (0.8) |
| Total other (expenses) / income | $ (31.4) | $ (24.8) | $ (15.3) | $ (14.6) | $ (14.2) |
| | | | | | |
| Income from continuing operations before taxes | $ (32.7) | $ 7.6 | $ 26.4 | $ 30.7 | $ 33.9 |
| | | | | | |
| Gain on Retirement of Debt | $ - | $ 208.5 | $ - | $ - | $ - |
| | | | | | |
| Income taxes | $ 0.4 | $ 0.4 | $ 1.1 | $ 1.3 | $ 1.4 |
| Net income | $ (33.1) | $ 215.7 | $ 25.3 | $ 29.4 | $ 32.5 |

## The Newark Group, Inc.
**Consolidated Financial Summary**
*($ in millions)*

*Confidential*
*Subject to FRE 408*

| | FYE 2010P 4/30/2010 | FYE 2011P 4/30/2011 | FYE 2012P 4/30/2012 | FYE 2013P 4/30/2013 | FYE 2014P 4/30/2014 |
|---|---|---|---|---|---|
| **Consolidated Balance Sheet** | | | | | |
| *Assets* | | | | | |
| Cash and cash equivalents | $ 9.5 | $ 12.7 | $ 23.6 | $ 37.4 | $ 29.1 |
| Marketable securities | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts receivable | 84.5 | 87.6 | 90.1 | 91.5 | 92.4 |
| Inventories | 57.1 | 61.8 | 63.4 | 62.5 | 63.5 |
| Other current assets | 11.2 | 10.6 | 10.9 | 10.8 | 11.0 |
| Assets held for sale | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| Total current assets | $ 163.2 | $ 173.6 | $ 189.0 | $ 203.1 | $ 196.9 |
| PP&E, net | 160.6 | 156.9 | 157.0 | 160.8 | 165.4 |
| Goodwill | 19.7 | 19.7 | 19.7 | 19.7 | 19.7 |
| Long-term investments | 18.5 | 18.5 | 18.5 | 18.5 | 18.5 |
| Other assets | 7.1 | 8.9 | 7.6 | 6.3 | 5.2 |
| Total Assets | $ 369.0 | $ 377.6 | $ 391.8 | $ 408.4 | $ 405.7 |
| *Liabilities* | | | | | |
| Accounts payable | $ 70.9 | $ 74.3 | $ 76.4 | $ 75.3 | $ 76.5 |
| Income taxes and other taxes payable | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 |
| Accrued salaries and wages | 10.5 | 10.4 | 10.5 | 10.4 | 10.4 |
| Other accrued expenses | 11.3 | 11.1 | 12.1 | 11.6 | 12.3 |
| Intercompany Payables | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) |
| Total current liabilities | $ 95.2 | $ 98.2 | $ 101.4 | $ 99.7 | $ 101.7 |
| Total Debt | 137.9 | 132.4 | 117.2 | 105.9 | 68.8 |
| Deferred income taxes | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| Pension obligation | 25.8 | 27.4 | 27.4 | 27.4 | 27.4 |
| Other liabilities | 6.8 | 8.2 | 9.2 | 9.6 | 9.7 |
| Liabilities Subject to Compromise | $ 207.0 | $ - | $ - | $ - | $ - |
| Total Liabilities | $ 474.5 | $ 268.1 | $ 257.1 | $ 244.5 | $ 209.4 |
| *Equity* | | | | | |
| Total Equity | $ (105.5) | $ 109.5 | $ 134.7 | $ 163.9 | $ 196.3 |
| Total Liabilities and Shareholders' Equity | $ 369.0 | $ 377.6 | $ 391.8 | $ 408.4 | $ 405.7 |

**The Newark Group, Inc.**  *Confidential*
Consolidated Financial Summary  *Subject to FRE 408*
*($ in millions)*

|  | FYE 2011P 4/30/2011 | FYE 2012P 4/30/2012 | FYE 2013P 4/30/2013 | FYE 2014P 4/30/2014 |
|---|---|---|---|---|
| **Consolidated Statement of Cash Flows** | | | | |
| **Net income** | $ 215.7 | $ 25.3 | $ 29.4 | $ 32.5 |
| Cash flow from operations | | | | |
| Depreciation | $ 21.2 | $ 20.4 | $ 19.7 | $ 19.4 |
| Non-cash adjustments | (208.4) | 0.1 | 0.1 | 0.1 |
| Pension Funding | 1.5 | - | - | - |
| ESOP Funding | (0.7) | (0.2) | (0.1) | (0.1) |
| Other | 1.5 | 1.0 | 0.4 | 0.1 |
| Change in working capital | | | | |
| (Increase) / Decrease in accounts receivable | (3.1) | (2.5) | (1.4) | (0.9) |
| (Increase) / Decrease in inventories | (4.7) | (1.6) | 0.9 | (1.0) |
| (Increase) / Decrease in other current assets | 0.6 | (0.3) | 0.1 | (0.2) |
| (Increase) / Decrease in other long-term assets | (1.8) | 1.3 | 1.3 | 1.1 |
| Increase / (Decrease) in accounts payable | 3.4 | 2.1 | (1.1) | 1.3 |
| Increase / (Decrease) in income taxes and other taxes payable | - | - | - | - |
| Increase / (Decrease) in accrued salaries and wages | (0.1) | 0.0 | (0.1) | 0.0 |
| Increase / (Decrease) in other accrued expenses | 2.6 | 1.1 | (0.6) | 0.7 |
| **Cash flow from operations** | $ 27.7 | $ 46.6 | $ 48.7 | $ 52.9 |
| Cash flow from investing activities | | | | |
| Capital expenditures | $ (17.5) | $ (20.5) | $ (23.5) | $ (24.0) |
| **Cash flow from investing** | $ (17.5) | $ (20.5) | $ (23.5) | $ (24.0) |
| Cash flow from financing activities | | | | |
| Total Debt | $ (6.9) | $ (15.2) | $ (11.4) | $ (37.2) |
| **Cash flow from financing activities** | $ (6.9) | $ (15.2) | $ (11.4) | $ (37.2) |
| Net increase / (decrease) in cash | 3.3 | 10.9 | 13.8 | (8.3) |