Order Filed on
**06/10/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**LOWENSTEIN SANDLER PC**<br>Kenneth A. Rosen (KR 4963)<br>Paul Kizel (PK 4176)<br>Jeffrey D. Prol (JP 7454)<br>Suzanne Iazzetta (SI 2116)<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br><br>Proposed Counsel to the Debtors<br>and Debtors-in-Possession | |
| In re:<br><br>THE NEWARK GROUP, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 10-27694 (NLW) |
| In re:<br><br>JACKSON DRIVE CORP.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 10-27696 (NLW) |
| In re:<br><br>NP COGEN, INC.,<br><br>    Debtor. | Chapter 11 |

**DATED: 06/10/2010**

_Novalyn L. Winfield_
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 1015(b)
DIRECTING JOINT ADMINISTRATION OF THE
DEBTORS' CHAPTER 11 CASES**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

Page:          2
Debtor:       The Newark Group, Inc., *et al.*
Case No.     10-27694 (NLW)
Caption:     ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 1015(b) DIRECTING
             JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

_____

THIS MATTER having come before the Court upon the motion (the "**Motion**") of The Newark Group, Inc., *et al.*,[1] as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") seeking entry of an order, pursuant to 11 U.S.C. §§ 105(a) and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the Debtors' Chapter 11 Cases; and upon the *Declaration of Robert H. Mullen in Support of Chapter 11 Petition and Various First Day Applications and Motions* in support thereof; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS ORDERED as follows:

1.        The Motion is hereby GRANTED.

2.        The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 10-27694 (NLW).

3.        The caption for these Chapter 11 Cases as administratively consolidated under the terms hereof shall read substantially as follows:

---

[1]        The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: The Newark Group, Inc. (4844), Jackson Drive Corp. (4573), and NP Cogen, Inc. (9626).

*Approved by Judge Novalyn L. Winfield June 10, 2010*

Page:           3
Debtor:         The Newark Group, Inc., *et al.*
Case No.        10-27694 (NLW)
Caption:        ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 1015(b) DIRECTING
                JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>THE NEWARK GROUP, INC., *et al*.,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-27694 (NLW)<br><br>Jointly Administered |

        4.      An entry on the docket for each of the Debtors' Chapter 11 Cases shall be made noting that the cases are being jointly administered and that parties should consult the docket for Case No. 10-27694 (NLW) for all matters relevant to the within jointly-administered cases.

---

[2]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: The Newark Group, Inc. (4844), Jackson Drive Corp. (4573), and NP Cogen, Inc. (9626).

*Approved by Judge Novalyn L. Winfield June  10, 2010*