Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 10–27694–NLW
    Chapter: 11
    Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   The Newark Group, Inc.
   20 Jackson Drive
   Cranford, NJ 07016

Social Security No.:

Employer's Tax I.D. No.:
   22–2884844

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 7, 2010</u>               <u>Novalyn L. Winfield</u>
                                     Judge, United States Bankruptcy Court